AO245P (Rev. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA RECEIVED - SHREVEPORT Judgment in a Criminal Case for Revocation (Rev. 06/05)

SEP 13 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

DONELL ROGERS
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 5:01CR50070-04

USM Number: 14998-064

BETTY MARAK
Defendant's Attorney

COPY SENT
DATE 9/13/07
BY 3USM
TO 3USPO

**THE DEFENDANT:**

[✓]  The defendant admitted guilt to violation of conditions of supervision as outlined in the Petition for Summons for Offender Under Supervision filed by the Probation Officer on 8/27/07.

It is the finding of the Court that the defendant has violated the conditions of his supervised release as outlined in the Petition for Summons filed by the probation Officer on 8/27/07. The Court finds that in accordance with the U. S. Sentencing Commission Guidelines Manual, the defendant has committed a Grade C violation of his supervised release and having a Criminal History Category of III.

The manual's policy statement suggest an imprisonment range of 5 to 11 months for defendant committing a Grade C violation of Supervised Release and having a Criminal History Category of III.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 12, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

9/13/07
Date

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:      DONELL ROGERS
CASE NUMBER:    5:01CR50070-01

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m.   [] p.m.   on ___ .
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___ .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL